# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/14/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tommie Munoz
7328 Circle Drive
Rohnert Park, CA 94928

| Case Number:<br>10–11817 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–2523 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Evan Livingstone<br>Law Offices of Evan Livingstone<br>P O Box 6107<br>Santa Rosa, CA 95406<br>Telephone number: (707) 206–6570 | Bankruptcy Trustee (name and address):<br>Jeffry Locke<br>530 Alameda Del Prado #396<br>Novato, CA 94949<br>Telephone number: (415) 413–4401<br>Email: JLtrustee@aol.com |

### Meeting of Creditors

Date: **June 29, 2010**      Time: **01:00 PM**
Location: **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/30/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707–547–5900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 5/14/10 |

# EXPLANATIONS                                                         FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-1           User: jcolvin                Page 1 of 1                    Date Rcvd: May 14, 2010
Case: 10-11817                 Form ID: B9A                 Total Noticed: 29
```

The following entities were noticed by first class mail on May 16, 2010.
```
db          +Tommie Munoz,   7328 Circle Drive,   Rohnert Park, CA 94928-3458
aty         +Evan Livingstone,   Law Offices of Evan Livingstone,   P O Box 6107,   Santa Rosa, CA 95406-0107
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
ust         +Office of the U.S. Trustee / SR,   235 Pine Street,   Suite 700,   San Francisco, CA 94104-2736
10927932    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
10927934    +Bay Area Credit Servic (Original Cr,   1901 W 10th St,   Antioch, CA 94509-1380
10927935    +California Reconveyance Co,   9200 Oakdale Ave,   Mail Stop N110612,   Chatsworth, CA 91311-6500
10927936    +Cba Collection Bureau (Original Cre,   25954 Eden Landing Rd,   Hayward, CA 94545-3837
10927940    +Collection Company O (Original Cred,   700 Lonwater Dr,   Norwell, MA 02061-1624
10927942     Crd Prt Asso (Original Creditor:11,   One Galleria Tower 13355 Noel Road S,   Dallas, TX 75240
10927943    +Douglas A Shaw,   12400 Wilshire Blvd Ste 400,   Los Angeles, CA 90025-1030
10927944    +Eaf Llc (Original Creditor:08 Chase,   1120 West Lake Co Suite B,   Buffalo Grove, IL 60089-1970
10927945    +Eaf Llc (Original Creditor:08 Wells,   1120 West Lake Co Suite B,   Buffalo Grove, IL 60089-1970
10927946     Legal Recovery LRL Law Office,   PO Box 84060,   San Diego, CA 92138-4060
10927947    +Lvnv Funding Llc (Original Creditor,   Po Box 740281,   Houston, TX 77274-0281
10927948     Macysdsnb,   911 Duke Blvd,   Mason, OH 45040
10927949    +New Century Mortgage C,   18400 Von Karman Ave Ste,   Irvine, CA 92612-1514
10927950    +Tate Kirlin Associates,   2810 S Hampton Rd,   Philadelphia, PA 19154-1207
10927951    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
10927953    +Wachovia,   794 Davis Ct,   San Leandro, CA 94577-6922
```

The following entities were noticed by electronic transmission on May 14, 2010.
```
tr          +EDI: BJGLOCKE.COM May 14 2010 19:53:00      Jeffry Locke,   530 Alameda Del Prado #396,
              Novato, CA 94949-9810
smg          EDI: CALTAX.COM May 14 2010 19:53:00      Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,
              Sacramento, CA 95812-2952
10927931    +EDI: ACCE.COM May 14 2010 19:53:00      Asset Acceptance Llc (Original Cred,   Po Box 2036,
              Warren, MI 48090-2036
10927933    +EDI: BANKAMER2.COM May 14 2010 19:53:00      Bank Of America,   Po Box 1598,
              Norfolk, VA 23501-1598
10927937     EDI: CHASE.COM May 14 2010 19:53:00      Chase,   Po Box 1093,   Northridge, CA 91328
10927939    +EDI: CHASE.COM May 14 2010 19:53:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
10927938     EDI: CHASE.COM May 14 2010 19:53:00      Chase,   3990 S Babcock St,   Melbourne, FL 32901-8212
10927952    +EDI: AFNIVZWIRE.COM May 14 2010 19:53:00      Verizon Wireless,   15900 Se Eastgate Way,
              Bellevue, WA 98008-5757
10927954    +EDI: RCSDELL.COM May 14 2010 19:53:00      Webbank/Dfs,   12234 N Ih 35 Sb Bldg B,
              Austin, TX 78753-1705
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10927941*   +Collection Company O (Original Cred,   700 Lonwater Drive,   Norwell, MA 02061-1624
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2010**                    **Signature:** *Joseph Speetjens*