Evan Livingstone, SBN 252008
Attorney at Law
740 Fourth St #215
Santa Rosa, CA 95404
Tel: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 10-11817 |
|---|---|---|
| Tommie Munoz | ) | Chapter 7 |
| Debtor | ) | 341 Hearing Date |
|  | ) | Date: July 26, 2010 |
| XXX-XX-2523 | ) | Time: 1:00 PM |
|  | ) | Place: Suite 116 |
|  |  | 777 Sonoma Ave |
|  |  | Santa Rosa, CA, 95404 |

**Notice of Continued 341 Meeting**

TO ALL CREDITORS, CHAPTER 7 TRUSTEE, and US Trutee:

PLEASE take notice that at the above date, time and place, Debtor(s), Tommie Munoz, will be examined pursuant to 11 USC §341.

Date: July 20, 2010

*Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor(s)

# Certificate of Service

A copy of this notice was served on the following by first class mail.

| | | |
|---|---|---|
| **Asset Acceptance Llc (Original Cred** <br> Po Box 2036 <br> Warren, MI 48090 | **Chase** <br> Po Box 15298 <br> Wilmington, DE 19850 | **Lvnv Funding Llc (Original Creditor** <br> Po Box 740281 <br> Houston, TX 77274 |
| **Bac Home Loans Servici** <br> 450 American St <br> Simi Valley, CA 93065 | **Collection Company O (Original Cred** <br> 700 Lonwater Dr <br> Norwell, MA 02061 | **Macysdsnb** <br> 911 Duke Blvd <br> Mason, OH 45040 |
| **Bank Of America** <br> Po Box 1598 <br> Norfolk, VA 23501 | **Collection Company O (Original Cred** <br> 700 Lonwater Drive <br> Norwell, MA 02061 | **New Century Mortgage C** <br> 18400 Von Karman Ave Ste <br> Irvine, CA 92612 |
| **Bay Area Credit Servic (Original Cr** <br> 1901 W 10th St <br> Antioch, CA 94509 | **Crd Prt Asso (Original Creditor:11** <br> One Galleria Tower 13355 Noel Road S <br> Dallas, TX 75240 | **Tate Kirlin Associates** <br> 2810 S Hampton Rd <br> Philadelphia, PA 19154 |
| **California Reconveyance Co** <br> 9200 Oakdale Ave <br> Mail Stop N110612 <br> Chatsworth, CA 91311 | **Douglas A Shaw** <br> 12400 Wilshire Blvd Ste 400 <br> Los Angeles, CA 90025-1023 | **Thd/Cbsd** <br> Po Box 6497 <br> Sioux Falls, SD 57117 |
| **Cba Collection Bureau (Original Cre** <br> 25954 Eden Landing Rd <br> Hayward, CA 94545 | **Eaf Llc (Original Creditor:08 Chase** <br> 1120 West Lake Co Suite B <br> Buffalo Grove, IL 60089 | **Verizon Wireless** <br> 15900 Se Eastgate Way <br> Bellevue, WA 98008 |
| **Chase** <br> 3990 S Babcock St <br> Melbourne, FL 32901 | **Eaf Llc (Original Creditor:08 Wells** <br> 1120 West Lake Co Suite B <br> Buffalo Grove, IL 60089 | **Wachovia** <br> 794 Davis Ct <br> San Leandro, CA 94577 |
| **Chase** <br> Po Box 1093 <br> Northridge, CA 91328 | **Legal Recovery LRL Law Office** <br> PO Box 84060 <br> San Diego, CA 92138-4060 | **Webbank/Dfs** <br> 12234 N Ih 35 Sb Bldg B <br> Austin, TX 78753 |

Date: July 20, 2010

*Evan Livingstone* (signature)

_____
Evan Livingstone
Attorney for Debtor(s)